## 22013. ANDERSON v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

PER CURIAM. Upon re-examination of the record and application for certiorari the majority of this court has reached the conclusion that the certiorari was improvidently granted; it is therefore

*Dismissed. All the Justices concur, except Head, P. J., Mobley and Quillian, JJ., who dissent.*

ARGUED JULY 8, 1963—DECIDED SEPTEMBER 5, 1963.

*Mitchell & Mitchell*, for plaintiff in error.
*Pittman & Kinney*, contra.